**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-2220**

SUSAN NEAL MATOUSEK,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:18-cv-00433-RAJ-LRL)

Submitted: April 15, 2019                          Decided: May 1, 2019

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Susan Neal Matousek, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Neal Matousek appeals the district court's order dismissing her civil action for failure to state a claim under 28 U.S.C. § 1915(e)(2) (2012).[*] On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Matousek's informal briefs and other documents filed on appeal do not challenge the bases for the district court's disposition, Matousek has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we grant Matousek's motion to seal medical and personal information, deny her petition for initial hearing en banc, and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the action without prejudice, the court's order is final and appealable under *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015), and *Martin v. Duffy*, 858 F.3d 239, 247 (4th Cir. 2017).